```
                    UNITED STATES DISTRICT COURT
                     DISTRICT OF NEW HAMPSHIRE
```

Abdull Shaikh Shabaz

      v.                                   Case No. 14-cv-340-LM

Kenneth Gill


O R D E R

After due consideration of the objection filed, I herewith approve the Report and Recommendation of Magistrate Judge Andrea K. Johnstone dated September 25, 2014, for the reasons set forth therein.  Plaintiff's complaint is hereby dismissed.

    SO ORDERED.

                                                _____
                                                Landya B. McCafferty
                                                United States District Judge

Date: October 2, 2014

cc:  Abdull Shaikh Shabaz, pro se